# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR212 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MELISSA GLASS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Melissa Glass to continue trial in this matter for 90 days (Filing No. 37). On July 22, 2012, the court continued this case to September 9, 2013, as to all defendants on the motion of defendant Eddie Glass (Filing No. 36). The motion of Melissa Glass seeks a further extension on the implication she needs medical treatment. The motion is not supported by any medical certificate or doctor's letter setting forth the basis for the treatment nor an explanation as to the necessity for the requested length of the continuance.

The motion will be held in abeyance pending the defendant Melissa Glass filing documentation to support her requested continuance. Such documentation shall be filed as "Restricted" on or before August 1, 2013, or the motion will be denied.

**IT IS SO ORDERED.**

DATED this 23rd day of July, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge