IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>MELISSA GLASS,<br><br>               Defendant. | **8:13CR212**<br><br>**ORDER** |

This matter is before the court on its own motion. The court is advised by U.S. Pretrial Services and confirmed by the U.S. Attorney for the District of Nebraska that the defendant is deceased. Accordingly, the criminal action against her is dismissed.

Dated this 23rd day of October, 2014

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge